MARIE J. O. DITMARS *v.* HENRY G. SMITH ET AL., TRUSTEES.

January Term, 1936.

Present: SLACK, MOULTON, THOMPSON, and SHERBURNE, JJ., and BUTTLES, Supr. J.

Opinion filed February 16, 1936.

*Bert H. Stickney* (*Frank S. Norcross,* of Camden, N. J., *George W. C. McCarter,* of Newark, N. J., and *Harlan E. Cecil,* of New York City, of counsel), for the appellant.

*Fenton, Wing & Morse* for the appellees.

MOULTON, J. This is an appeal from the same order involved in *Valiquette* v. *Smith and Valiquette, Trustees, ante.* The two appeals were heard together in the county court, and argued together here. The facts found and the issues raised in each are identical. So is the decision.

*Judgment affirmed. Let the result be certified to the probate court.*